1
Brian C. Shapiro
Attorney at Law: 192789
2
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5

Attorneys for Plaintiff
6
Lewis Kaplanski

7

8
**UNITED STATES DISTRICT COURT**

9
**CENTRAL DISTRICT OF CALIFORNIA**

10

LEWIS KAPLANSKI,                     )   Case No.: 2:11-cv-10644-PA-PJW
11                                       )
              Plaintiff,                 )   [PROPOSED] ORDER AWARDING
12                                       )   EQUAL ACCESS TO JUSTICE ACT
        vs.                              )   ATTORNEY FEES AND EXPENSES
13                                       )   PURSUANT TO 28 U.S.C. § 2412(d)
MICHAEL J. ASTRUE,                   )   AND COSTS PURSUANT TO 28
14
Commissioner of Social Security,     )   U.S.C. § 1920
                                         )
15            Defendant                  )
                                         )
16 _____   )

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

        IT IS ORDERED that fees and expenses in the amount of $3,300 as
20
authorized by 28 U.S.C. § 2412  be awarded subject to the terms of the Stipulation.
21
DATE:     November 8, 2012
22
                                          _____
23
                                          THE HONORABLE PATRICK J. WALSH
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1

Respectfully submitted,

2

LAW OFFICES OF Lawrence D. Rohlfing

3

   /s/ *Brian C. Shapiro*
_____

4

Brian C. Shapiro
Attorney for plaintiff Lewis Kaplanski

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26