1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Lewis Kaplanski

7

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11 LEWIS KAPLANSKI,                ) Case No.: 2:11-cv-10644-PA-PJW
                                   )
12         Plaintiff,              ) {PROPOSED} ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                          ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,              ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,) U.S.C. § 1920
15                                 )
           Defendant               )
16 _____  )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of $3,300 as
20
   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21
   DATE:   November 8, 2012
22
                                       _____
23                                     THE HONORABLE PATRICK J. WALSH
                                       UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Brian C. Shapiro*
  | _____
4 | Brian C. Shapiro
  | Attorney for plaintiff Lewis Kaplanski